AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

NAPERVILLE EXCAVATING CO., an Illinois corporation

CASE NUMBER: 08CV2464

ASSIGNED JUDGE: JUDGE MAROVICH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Naperville Excavating Co.
c/o Richard F. Wehrli, Registered Agent
1805 High Grove Lane
Naperville, IL 60540-3931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

State of Illinois

General No.: 08CV2464

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 5/8/2008 at 1:20:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Naperville Excavating Co., c/o Richard F. Wehrli as shown below:

Served the wihin named Naperville Excavating Co., c/o Richard F. Wehrli by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Richard F. Wehrli a person authorized to accept service of process as agent.

Said service was effected at 1805 High Grove Ln., Naperville, IL  60540

Description of Person Served Sex: M  Height: 6'4  Weight: 260  Race: W  Age: 65ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

5-9-08

Dated

Leroy Karczewski
117-000192