UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this court an attorney must either be a member in good standing of this court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**WILLIAM E. DUGAN, et al.,**

       **Plaintiffs,**                         Case No. 08 C 2464

      v.                              **Judge George M. Marovich**
                                           **Magistrate Judge Geraldine Soat Brown**

**NAPERVILLE EXCAVATING CO.,**
**an Illinois corporation,**

       **Defendant.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**NAPERVILLE EXCAVATING CO.**

| | |
|---|---|
| SIGNATURE | /s/ Erin R. Peterson |
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive, Suite 4300 |
| CITY/STATE/ZIP | Chicago, Illinois  60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>06290448 | TELEPHONE NUMBER<br><br>(312) 443-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES _____     NO __X___ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES _____     NO __X___ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES _____     NO __X___ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY:  YES __X___  NO _____ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  _____           APPOINTED COUNSEL  _____ ||

Case 1:08-cv-02464    Document 11    Filed 05/22/2008    Page 2 of 2