UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NAPERVILLE EXCAVATING CO., an )<br>Illinois corporation, )<br>)<br>Defendant. )<br>) | Case No. 08 C 2464<br><br>Judge George M. Marovich<br>Magistrate Judge Geraldine Soat Brown |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant NAPERVILLE EXCAVATING CO., by its attorneys, moves for an extension of time to June 20, 2008 to answer or otherwise plead. In support of this Motion, Defendant states as follows:

1. The Complaint in this case seeks a further audit of Defendant's books and records pursuant to the Employee Retirement Income Security Act ("ERISA").

2. Defendant was personally served with the Complaint on May 7, 2008. Defendant's responsive pleading to the Complaint is therefore due on May 27, 2008.

3. The parties have commenced discussions on a resolution of the issues involved herein.

4. Plaintiffs' legal counsel has no objection to extending the time for Defendant to answer or otherwise plead while the parties seek an amicable resolution of the issues involved herein.

-2-

      WHEREFORE, Defendant Naperville Excavating Co. respectfully requests that the Court extend the time for Defendant to answer or otherwise plead to June 20, 2008.

                                                      Respectfully submitted,

                                                      NAPERVILLE EXCAVATING CO.

                                        By:      /s/ Steven H. Adelman
                                                        One of Its Attorneys

Steven H. Adelman
Kevin D. Kelly
Erin R. Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
(312) 443-0405 (S. H. Adelman)
(312) 443-0217 (K. D. Kelly)
(312) 443-0415 (E. R. Peterson)

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      Beverly P. Alfon        balfon@baumsigman.com
      Catherine M. Chapman   cchapman@baumsigman.com
      Cecilia M. Scanlon     cscanlon@baumsigman.com

                         /s/ Steven H. Adelman