**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM E. DUGAN, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>)<br>v. )<br>)<br>**NAPERVILLE EXCAVATING CO.,** an )<br>**Illinois corporation,** )<br>)<br>**Defendant.** )<br>) | **Case No. 08 C 2464**<br><br>**Judge George M. Marovich**<br>**Magistrate Judge Geraldine Soat Brown** |

## NOTICE OF MOTION

TO:  Beverly P. Alfon          balfon@baumsigman.com
     Catherine M. Chapman      cchapman@baumsigman.com
     Cecilia M. Scanlon        cscanlon@baumsigman.com

Please take notice that on Tuesday, June 3, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, Defendant Naperville Excavating Co., by and through its attorneys, shall appear before the Honorable Judge George M. Marovich or whoever may be sitting in his stead, in the courtroom usually occupied by her, at the United States District Courthouse, 219 South Dearborn Street, Room 1944-C, Chicago, Illinois, and shall then and there present its Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is filed herewith.

Date:   May 22, 2008

-2-

        Respectfully submitted,

        NAPERVILLE EXCAVATING CO.


        By:     /s/ Steven H. Adelman
               One of Its Attorneys

Steven H. Adelman
Kevin D. Kelly
Erin R. Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0405 (S. H. Adelman)
(312) 443-0217 (K. D. Kelly)
(312) 443-0415 (E. R. Peterson)

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2008, I electronically filed the foregoing NOTICE OF MOTION for Defendant's Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Beverly P. Alfon         balfon@baumsigman.com
    Catherine M. Chapman    cchapman@baumsigman.com
    Cecilia M. Scanlon       cscanlon@baumsigman.com

                                          /s/ Steven H. Adelman