## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

William E Dugan, et al.

                Plaintiff,

v.                                    Case No.: 1:08–cv–02464
                                    Honorable George M. Marovich

Naperville Excavating Co.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable George M. Marovich: Motion hearing set for 6/3/2008 is stricken. Defendant's motion for extension of time to 6/20/2008 to answer or otherwise plead [12] is granted. All parties shall comply with Judge Marovich#039;s requirements for the initial appearance as outlined in Judge Marovich's case management procedures located at: www.ilnd.uscourts.gov. The parties shall deliver a copy of the initial status report to the Courtroom Deputy (Room 2260) by 6/25/2008. Status hearing set for 7/1/2008 at 11:00 AMMailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.