**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. DUGAN, DAVID SNELTEN, STEVEN M. CISCO, JOHN E. KENNY, JR., DAVID FAGAN, MAMON POWERS, JR., MIKE PIRAINO, GLEN WEEKS, JAMES M. SWEENEY, and MARSHALL DOUGLAS, as Trustees of the MIDWEST OPERATING ENGINEERS WELFARE FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WILLIAM E. DUGAN, STEVEN M. CISCO, JOHN E. KENNY, JR., LaVERNE S. BROWN, ANGELO A. DiPAOLO, DAVID SNELTEN, MIKE LARSON, DAVID FAGAN, JAMES M. SWEENEY, and JAMES McNALLY, as Trustees of the MIDWEST OPERATING ENGINEERS PENSION TRUST FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 2464<br>)<br>)  Judge George M. Marovich |
| WILLIAM E. DUGAN, STEVEN M. CISCO, JOHN E. KENNY, JR., LaVERNE S. BROWN, DAVID FAGAN, DAVID ROCK, MAMON POWERS, JR., DAVID SNELTEN, DANIEL R. PLOTE, JAMES M. SWEENEY, MARSHALL DOUGLAS and MARTIN TUREK, as Trustees of the OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND, | )  Magistrate Judge Geraldine Soat Brown<br>)<br>)<br>) |
| WILLIAM E. DUGAN, STEVEN M. CISCO, JOHN E. KENNY, JR., LaVERNE S. BROWN, ANGELO A. DiPAOLO, DAVID SNELTEN, JAMES M. SWEENEY, DAVID FAGAN and JAMES McNALLY, as Trustees of the LOCAL 150, I.U.O.E. VACATION SAVINGS PLAN, | |
| Plaintiffs, | |
| v. | |
| NAPERVILLE EXCAVATING CO., an Illinois corporation, | |
| Defendant. | |

CHI1 1501122v.1

**CORPORATE DISCLOSURE STATEMENT**

      COMES NOW Defendant NAPERVILLE EXCAVATING CO. and pursuant to Federal Rule of Civil Procedure 7.1(a), makes the following disclosure to the Court:

(1)    Naperville Excavating Co. has no parent corporation;

(2)    There is no publicly held corporation that owns 10% or more of Naperville Excavating Co.`

                                          Respectfully submitted,

                                          NAPERVILLE EXCAVATING CO.

                                          By:      /s/ Steven H. Adelman
                                                             One of Its Attorneys

Steven H. Adelman
Kevin D. Kelly
Erin R. Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 443-0405 (S. H. Adelman)
(312) 443-0217 (K. D. Kelly)
(312) 443-0415 (E. R. Peterson)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Beverly P. Alfon | balfon@baumsigman.com |
| Catherine M. Chapman | cchapman@baumsigman.com |
| Cecilia M. Scanlon | cscanlon@baumsigman.com |

      /s/Kevin D. Kelly